UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MICHAEL HILDEBRAND,<br><br>Petitioner. | Case No. 23-cv-01303 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PETITION AND *IN FORMA PAUPERIS* APPLICATION**<br><br>(Docket No. 7) |

On March 21, 2023, Petitioner filed a letter addressed to Magistrate Judge Nathanael Cousins which was construed as an attempt to file a petition for writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 1. On the same date, the Clerk of this Court sent Petitioner a notice that this action was deficient because he did not submit a completed petition on the proper form; Petitioner was directed to file a completed petition within twenty-eight days or the matter would be dismissed. Dkt. No. 2. The Clerk also sent Petitioner a separate notice that he did not pay the filing fee or file an *in forma pauperis* ("IFP") application; Petitioner was directed to file an IFP application within twenty-eight days of the notice in order to proceed with this action or face dismissal. Dkt. No. 3. Lastly, Petitioner was also sent a notice of assignment of this case to a Magistrate Judge; he was directed to file a consent or declination. Dkt. No. 4. The matter was reassigned to

the Undersigned on April 28, 2023, after no response was received from Petitioner to any of the notices. Dkt. No. 6.

Petitioner has recently filed a letter, which indicates that he may not have received the two Clerk's notices regarding the filing of a complete petition and the IFP application. Dkt. No. 7. In the interest of justice, the Court will *sua sponte* grant Petitioner an extension of time to file a proper petition and resolve the fee matter. Petitioner shall file a complete petition and IFP application **no later than twenty-eight (28) days** from the filing date of this order.

**Failure to file a proper petition and complete IFP application in the time provided shall result in this action being dismissed without prejudice and without further notice to Petitioner.**

The Clerk shall enclose a copy of the first page of the letter and the envelope which opened this action under Docket No. 1, copies of the Clerk's notices filed under Docket Nos. 2 and 3, and a copy of this docket, with a copy of this order to Petitioner.

**IT IS SO ORDERED.**

Dated: ___**May 11, 2023**___

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file Pet. and IFP
P:\PRO-SE\BLF\CR.22\01303Hildebrand_eot-pet&ifp.docx