UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILDEBRAND,<br><br>　　　　Petitioner,<br><br>v.<br><br>TRISHA CAMPBELL,<br><br>　　　　Respondent. | Case No. 23-cv-01303 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this case is dismissed without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated: ___October 3, 2023_____**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\HC.23\01303Hildebrand_judgment